UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 872,<br><br>   Petitioner,<br><br>v.<br><br>YOLANDA WOODS, dba STEP BY STEP CLEANING SERVICE,<br><br>   Respondent. | 2:11-cv-0929-LDG-PAL<br><br>**ORDER** |

   THE COURT HEREBY ORDERS that petitioner's unopposed motion to consolidate this case with Local 872 v. Blue Chip Enterprises, 2:11-cv-0927-LDG-NJK; Local 872 v. Gene Collins, 2:11-cv-0928-LDG-CWH; Local 872 v. Six Star Cleaning & Carpet Service, 2:11-cv-0930-LDG-VCF; and Local 872 v. Floppy Mop, Inc., 2:11-cv-932-LDG-PAL, with Local 872 v. Gene Collins, 2:11-cv-0928-LDG-CWH being the lead case, (#11) is GRANTED.

   Dated this ___ day of March, 2013.

_____
Lloyd D. George
United States District Judge